IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONJA ROLLINS, as the Personal Representative of the Estate of Harland Rollins, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| | ) No. CIV 08-309-JHP ) |
| THE TOWN OF HASKELL, OKLAHOMA, a political subdivision of the State of Oklahoma, | ) ) ) ) ) |
| Defendant. | ) ) |

# **JUDGMENT**

Pursuant to the Defendant's Motion for Summary Judgment which was granted the 28th day of October, 2009, the Court enters judgment for defendant, THE TOWN OF HASKELL, OKLAHOMA, a political subdivision of the State of Oklahoma, and against the plaintiff, SONJA ROLLINS, as the Personal Representative of the Estate of Harland Rollins, Deceased.

**IT IS SO ORDERED** this 28th day of October, 2009.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma